ORIGINAL
3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION, )
 )
      Plaintiff, )
 )
 ) Civil Action No. 03-73250
v. ) Honorable Paul D. Borman
 ) Magistrate Judge Capel
ACRO SERVICE CORPORATION )
 )
      Defendant. )
 )

## WITNESS LIST

1. Christine King (Jappy)
2. Ron Shahani
3. Chris Shahani
4. Keith Berg
5. Greg Aufschlager
6. April Szlaga
7. Paul Battestelli
8. Kenya Smiles
9. Janeen Cramer
10. Likaa Betty
11. Sarah Colegrove
12. Betty Johanssen
13. Any witness listed by Defendant
14. All necessary rebuttal and surrebuttal witnesses
15. Any person identified in response to the EEOC's interrogatories to Defendant
16. Any person identified in documents produced to the EEOC
17. Custodian of Records c/o Defendant

                                  EQUAL EMPLOYMENT OPPORTUNITY
                                  COMMISSION,

                                  ADELE RAPPORT
                                  Regional Attorney

                                  ROBERT DAWKINS
                                  Supervisory Trial Attorney

Dated: 4/12/04

_/s/ Trina R. Mengesha_
TRINA R. MENGESHA (P59458)
Trial Attorney
DETROIT DISTRICT OFFICE
477 Michigan Ave., Room 865
Detroit, MI 48226
(313) 226-4620

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ACRO SERVICE CORPORATION<br><br>Defendant. | Civil Action No. 03-73250<br>Honorable Paul D. Borman<br>Magistrate Judge Capel |

**CERTIFICATE OF SERVICE**

I hereby certify that the Plaintiff Equal Employment Opportunity Commission's Witness List has been sent, via regular first class mail, to Maureen Rouse-Ayoub, The Fishman Group, 40950 Woodward Avenue, Suite 350, Bloomfield Hills, MI 48304 on April 12, 2004.

TRINA R. MENGESHA (P59458)
Trial Attorney

Equal Employment Opportunity
Commission

Detroit District Office
Patrick V. McNamara Bldg.
477 Michigan Avenue, Room 865
Detroit, Michigan 48226
(313) 226-4620